**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
JOHNNA L. AYRES,

                              Plaintiff,

           -against-

ROBERT J. SHIVER, ROBERT J. SHIVER, LLC,
and PRUDENT REVERE CAPITAL GROUP, INC.,

                             Defendants.
-------------------------------------------------------X

CIVIL ACTION NO. 21 CV 0473
(ERK)(PK)

**DEFENDANTS' NOTICE**
**OF MOTION**

**PLEASE TAKE NOTICE** that upon all prior pleadings and proceedings heretofore filed herein, the undersigned, on behalf of the Defendants, shall move this Court pursuant to Fed.R.Civ.P. 12(b)(6), for an Order dismissing Plaintiff's Complaint in its entirety, for failure to state a claim, and for such other and further relief as the Court deems appropriate.

**PLEASE TAKE FURTHER NOTICE** that pursuant to F.R.C.P. 6 and Local Rule 6.4, Plaintiff's opposition papers, if any, must be served upon the undersigned by the time required by the Rules.

Dated:  New York, New York

May 14, 2021

                                   Respectfully submitted,

                                  _____
                                  Isaac Myers III - 5055819
                                  Curlew New York, LLC
                                  188 Grand Street, Suite 337
                                  New York, NY 10013
                                  Ph: 212-804-8655
                                  Isaac@CurlewLaw.com

1