

Isaac@CurlewLaw.com
212-804-8655 – www.likethebird.org
188 Grand Street, Suite 337 – New York, NY 10013

# THE CURLEW LAW FIRM

May 17, 2021

Filed by ECF
Mrs. Talia Cohen, Courtroom Deputy
for Senior Judge Edward R. Korman
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: *Johnna L. Ayres v. Robert J. Shiver, et al.*
            Civil Action No. 1:21-cv-00473-ERK-PK
            Communication with Chambers

Dear Mrs. Cohen:

    Please recall that my office represents the Defendants in the above-referenced action. I write in order to request that the Notice of Motion, Memorandum of Law, and Affirmation of Service that I filed this past Friday, May 14, 2021, be removed from the docket in this case.

    Per the Rules for Individual Motion Practices of the Hon. Judge Korman, these papers should have been bundled and filed at the same time as the Plaintiff's Opposition and the Defendants' Reply. I have spoken with the ECF Help Desk for the Eastern District of New York's Brooklyn Courthouse regarding this request, and was advised to file this letter.

    I have also sent a copy of this letter, via e-mail, to Plaintiff's Counsel before filing. Thank you for your time and consideration.

                                                           Yours sincerely,

                                                           Isaac Myers III

Cc: David Gabor, DGabor@wagnerlawgroup.com;
Katherine Brustowicz, KBrustowicz@wagnerlawgroup.com