

125 High Street
Oliver Street Tower, 5th Floor
Boston, MA  02110
Tel. 617-357-5200
www.wagnerlawgroup.com

July 30, 2021

Douglas C. Palmer
Clerk of Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

      **RE:** *Johnna Ayres v. Robert Shiver et al.,*
           **Docket N0. 21-cv-00473 (ERK)(PK)**

Dear Mr. Palmer:

    I am writing to formally notify the Eastern District Court of New York of our Firm's change of address. Please be advised that The Wagner Law Group's Boston office has moved as of July 17, 2021.  Our new address is:

        The Wagner Law Group
        125 High Street
        Oliver Street Tower, 5th Floor
        Boston, MA 02110

    Our phone and fax numbers remain the same.

    Please do not hesitate to reach out to me if you have any questions or if there is any other information I can provide

    Thank you.

                                Sincerely yours,

                                David G. Gabor

DGG/smc

{99933/A0622672.1}

Boynton Beach, FL ■ Chicago ■ Cerritos, CA ■ Lincoln, MA ■ New York ■ St. Louis ■ San Diego ■ San Francisco ■ Tampa ■ Washington, DC