

125 High Street
Oliver Street Tower, 5th Floor
Boston, MA 02110
Tel. 617-357-5200
www.wagnerlawgroup.com

September 1, 2021

*Filed by ECF*
Senior Judge Edward R. Korman
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      RE: *Johnna Ayres v. Robert Shiver et al.,*
           Docket No. 21-cv-00473 (ERK)(PK)

Honorable Sir:

      Our office served Plaintiff's motion for leave to amend the complaint by email on counsel for the Defendants this afternoon. Please advise if the court would like to receive a courtesy copy of the motion including the proposed amended complaint in advance of the hearing scheduled for September 9, 2021.

                                    Sincerely yours,

                                      David G. Gabor

Cc: Isaac Myers III, *by email only:* Isaac@curlewlaw.com

{14254/A0629037.1}

Boynton Beach, FL ▪ Chicago ▪ Cerritos, CA ▪ Lincoln, MA ▪ New York ▪ St. Louis ▪ San Diego ▪ San Francisco ▪ Tampa ▪ Washington, DC