**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X   Docket N0. 21-cv-00473 (ERK)(PK)

JOHNNA L. AYRES,

           Plaintiff,

    -   Against –                      **PLAINTIFF'S NOTICE**
                                            **OF MOTION**

ROBERT J. SHIVER, ROBERT J. SHIVER LLC,
and PRUDENT REVERE CAPITAL GROUP, INC.,

           Defendants.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon all of the prior pleadings and proceedings hereto filed

herein, the Declaration submitted by David G. Gabor, the Memorandum in Support of Plaintiff's

Motion for Leave to Amend the Complaint, the proposed Second Amended Complaint and Jury

Demand, the exhibit and attachments,  that counsel shall move this Court pursuant to

Fed.R.Civ.Pro. 15(a)(2),  for leave to amend the complaint, and for such other relief as this Court

deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Fed. R.Civ.Pro. 6 and Local Rule 6.4

Defendants' opposition papers, if any, must be served upon the undersigned by the time required

by the Rules.

**Dated**: September 1, 2021

                                      Very Truly Yours,

                                      _____
                                        THE WAGNER LAW GROUP, P.C.
                                        *Attorney for Plaintiff*
                                        David G. Gabor, Esq. - 2160521
                                        125 High Street, Oliver St. Tower, 5th Fl

Boston, MA 02110
Telephone: (617) 532-8035
Dgabor@wagnerlawgroup.com
Facsimile: (617) 357-5250