

188 Grand Street, Suite 337 – New York, NY 10013
Ph: 212-804-8655 – F: 347-824-2839 Isaac@CurlewLaw.com

# THE CURLEW LAW FIRM

October 7, 2021

Filed by ECF
Magistrate Judge Peggy Kuo
Untied States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Johnna L. Ayres v. Robert J. Shiver, et al.*
Civil Action No. 1:21-cv-00473-ERK-PK

Dear Judge Kuo:

Please recall that my office represents the Defendants in the above-referenced civil action. I write in order to update the Court following the September 9, 2021 conference held concerning my office's Motion to Withdraw as Counsel in this matter.

Per your Order, dated September 12, 2021: (1) The Defendants were directed to pay the remainder of the attorneys fees owed to my office by today; (2) I was directed to file a status letter by today to report whether the payments have been made; and (3) the Defendants' time to answer was extended to November 2, 2021.

At present, the Defendants have not made the payments for the fees owed; however, Mr. Shiver has requested an extension to this Friday, October 15, 2021. I am agreeable to allowing the Defendants until October 15, 2021 to make the payments owed; and I am also agreeable to holding the Defendants' time to answer for November 2, 2021.

I would kindly ask the Court that if the payments for the fees owed are not made by 4:00pm on October 15, 2021, that my Motion to Withdraw as Counsel be granted. If this is agreeable, I will plan on filing another status letter on or before the end of the day this Friday, October 15, 2021.

Thank you for your time and consideration.

Yours sincerely,

Isaac Myers III, Esq.