

188 Grand Street, Suite 337 – New York, NY 10013
Ph: 212-804-8655 – F: 347-824-2839 Isaac@CurlewLaw.com

# THE CURLEW LAW FIRM

October 15, 2021

Filed by ECF
Magistrate Judge Peggy Kuo
Untied States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

<u>Re:</u> *Johnna L. Ayres v. Robert J. Shiver, et al.*
<u>Civil Action No. 1:21-cv-00473-ERK-PK</u>

Dear Judge Kuo:

Please recall that my office represents the Defendants in the above-referenced civil action. I write in order to update the Court following the September 12, 2021 Status Letter that I filed, which concerned my office's Motion to Withdraw as Counsel in this matter. Per the September 12, 2021 letter, I expressed that I was agreeable to allowing the Defendants until today, October 15, 2021 to make the outstanding payments that are owed.

To date, the Defendants have not made the payments owed to my office, and the amounts previously discussed remain outstanding. Given the circumstances, I am respectly requesting that my office's Motion to Withdaw as Counsel be granted.

Thank you for your time and consideration.

Yours sincerely,

Isaac Myers III, Esq.