

188 Grand Street, Suite 337 – New York, NY 10013
Ph: 212-804-8655 – F: 347-824-2839 Isaac@CurlewLaw.com

# THE CURLEW LAW FIRM

October 21, 2021

Filed by ECF
Magistrate Judge Peggy Kuo
Untied States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Johnna L. Ayres v. Robert J. Shiver, et al.* Civil Action
No. 1:21-cv-00473-ERK-PK

Dear Judge Kuo:

Please recall that my office formerly represented the Defendants in the above-referenced civil action. I write in order to update the Court following the October 15, 2021 Status Letter that I filed.

The Defendants have settled their balance owed to my office, and there are no longer any fees that remain due and owing. My understanding is that new counsel is being retained, and will appear in this matter for the Defendants.

Thank you for your time and consideration.

Yours sincerely,

Isaac Myers III, Esq.