**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X    CIVIL ACTION NO. 21 CV 0473
JOHNNA L. AYRES,                                                          (ERK)(PK)

**NOTICE OF APPEARANCE**

                      Plaintiff,

      -against-

ROBERT J. SHIVER, ROBERT J. SHIVER, LLC,
and PRUDENT REVERE CAPITAL GROUP, INC.,


                      Defendants.
-------------------------------------------------------X

**PLEASE TAKE NOTICE** that Defendants, **ROBERT J. SHIVER, ROBERT J. SHIVER, LLC AND PRUDENT REVERE CAPITAL GROUP, INC.**, hereby appear in the instant action by and through their attorney, **DAVID C. WIMS, ESQ.**, and request that all papers, correspondence and communications in this proceeding be served upon the undersigned at the location and contact information that appear below.

Dated: Brooklyn, New York

October 27, 2021

                                              _____/s/_____
                                              LAW OFFICE OF DAVID WIMS
                                              David C. Wims, Esq. (DW-6964)
                                              *Attorneys for Defendants*
                                              1430 Pitkin Ave., 2nd Floor
                                              Brooklyn, NY 11233
                                              (646) 393-9550