

**Law Office of David Wims**

1430 Pitkin Ave., 2nd Floor
Brooklyn, NY 11233
Phone: (646) 393-9550
Fax: (646) 393-9552
email: dwims@wimslaw.com
http://www.wimslaw.com

July 20, 2022

**BY ECF**

U.S. District Court – E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201
Attn: Honorable Judge Edward R. Korman

**Re:**      *Ayres v. Robert J. Shiver et al* **(21CV0473)(ERK)(PK)**

Dear Judge Korman,

Please be advised that this office represents all Defendants in this matter. I write with the knowledge and consent of Plaintiff's counsel to request an extension of time in which to oppose Plaintiff's pending Rule 56 summary judgment motion. As it stands now, Defendants' opposition is due July 22, 2022 and Plaintiff's reply, if any, is due August 5, 2022.

I ask that Defendants be given until July 29, 2022 to oppose the motion, and Plaintiff's reply and bundle be served and filed on or before August 12, 2022.

This is Defendants' first request for an extension of this deadline. As indicated above, Plaintiff consents. If granted, no other currently scheduled dates will be affected thereby.

Thank You for Your time and attention.

Respectfully yours,

/s/

David C. Wims, Esq. (DW-6964)


Cc: Honorable Peggy Kuo (By ECF)
David Gabor, Esq. (By ECF)
Katherine Brustowicz, Esq. (By ECF)