

125 High Street
Oliver Street Tower, 5th Floor
Boston, MA  02110
Tel. 617-357-5200
www.wagnerlawgroup.com

August 8, 2022

*Via ECF*

Honorable Edward R. Korman
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   **Re:** *Johnna Ayres v. Robert J. Shiver et al.*
      Docket: 1:21 CV 0473(ERK)(PK)

Dear Judge Korman:

  Please be advised that I represent the Plaintiff, Johnna Ayres, in the above captioned matter.  I write to provide you with courtesy copies of all of the papers submitted on the summary judgment motion.  Please find attached herewith:

1. Plaintiff's Notice of Motion for Summary Judgment;
2. Plaintiff's Memorandum of Law in Support;
3. Plaintiff's Statement of Facts;
4. Plaintiff's Declaration;
5. Plaintiff's Counsel's Declaration;
6. Plaintiff's Exhibits A-F;
7. Defendants' Memorandum of Law in Opposition;
8. Defendants' Counter Statement of Facts;
9. Plaintiff's Reply Memorandum of Law in Support;
10. Plaintiff's Declaration, and
11. Plaintiff's Exhibit G.

               Respectfully submitted,

               David G. Gabor, BBO # 2160521
               The Wagner Law Group P.C.

Boynton Beach, FL ▪ Cedar Rapids ▪ Cerritos, CA ▪ Chicago ▪ Lincoln, MA ▪ New York ▪ St. Louis ▪ San Diego ▪ San Francisco ▪ Tampa ▪ Washington, DC

{14254/A0717486.1}



125 High Street
Oliver Street Tower, 5th Floor
Boston, MA 02110
(617) 532-8035
dgabor@wagnerlawgroup.com

cc. Honorable Peggy Kuo (*via ECF*)
David Wims, Esq. (*via ECF*)

Boynton Beach, FL ■ Cedar Rapids ■ Cerritos, CA ■ Chicago ■ Lincoln, MA ■ New York ■ St. Louis ■ San Diego ■ San Francisco ■ Tampa ■ Washington, DC

{14254/A0717486.1}