

**Law Office of David Wims**

1430 Pitkin Ave., 2nd Floor
Brooklyn, NY 11233
Phone: (646) 393-9550
Fax: (646) 393-9552
email: dwims@wimslaw.com
http://www.wimslaw.com

December 20, 2022

**BY ECF**

United States District Court – EDNY
225 Cadman Plaza East
Brooklyn, NY 11201
Attn: Honorable Edward R. Korman

Re: *Ayres v. Robert J. Shiver et al* **(21CV0473)(ERK)(PK)**

Dear Judge Korman,

Please be advised that I am the attorney for the Defendants in the above captioned matter. I write to provide the Court with a recent order of the Superior Court of New Jersey regarding Defendant Shiver adjudging him as incapacitated and appointing a guardian *pendente lite*.

Kindly direct any communication to the undersigned. Thank You for Your time and attention.

Respectfully yours,

/s/

David C. Wims, Esq. (DW-6964)

Cc: Honorable Peggy Kuo (By ECF)
David Gabor, Esq. (By ECF)
Katherine Brustowicz (By ECF)